UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUSTUS REALTY, LLC,

                Case No._____

        Plaintiff,

  -against-

KFC OF AMERICA, INC., YUM! BRANDS,
INC. (formerly known as TRICON GLOBAL
RESTAURANTS, INC.) and
KFC U.S. PROPERTIES, INC.,

        Defendants.
-------------------------------------------------------x

### Rule 7.1 Statement

     Pursuant to FRCivP 7.1 (formerly Local Rule 1.9) and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiff Justus Realty, LLC is a non-governmental party and it certifies that there is no corporate parent (affiliate and/or subsidiary).

Date: May 1, 2007

                                          _____
                                          LAWRENCE B. GOLDBERG, ESQ.
                                          220 Fifth Avenue
                                          Thirteenth Floor
                                          New York, NY 10001
                                          212-252-8300

                                          ATTORNEY FOR PLAINTIFF