UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUSTUS REALTY, LLC,                            :
                                               :   07 Cv 3615
                                               :
                  Plaintiff,                   :
                                               :   **RULE 7.1 STATEMENT**
           -against-                           :
                                               :
KFC OF AMERICA, INC. YUM! BRANDS,              :
INC. (formerly known as TRICON GLOBAL
RESTAURANTS, INC.) and
KFC U.S. PROPERTIES, INC.
                                               :
                  Defendants.                  :
-----------------------------------------------------------x

      Mark E. Spund, pursuant to the provisions of 28 U.S.C. §1746, declares as follows:

      1.    I am a member of Davidoff Malito & Hutcher LLP, attorneys for Defendants, KFC of AMERICA, Inc. YUM! Brands, Inc. and KFC U.S. Properties, Inc. and I submit this statement pursuant to Federal Rule of Civil Procedure 7.1.

      2.    Defendant, KFC of AMERICA, Inc., is an inactive corporation and no longer exists. When it was an active corporation it was a wholly owned subsidiary of Defendant, YUM! Brands, Inc.

      3.    Defendant, KFC U.S. Properties, Inc., is a wholly owned subsidiary of Defendant, YUM! Brands, Inc., and no other publicly held corporation owns 10% or more of its stock.

      4.    Defendant YUM! Brands, Inc. is a public corporation and upon information and belief, no publicly held corporation owns 10% or more of its stock.

80041313

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2007

_____
Mark E. Spund (MES 4705)

80041313