UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Justo Realty, LLC.

-v.-

KFC of America
------------------------------------------------------------x

07 Civ. 3615 (RWS)

8/24/07

Please be advised that the conference scheduled for Oct 3, 07 has been rescheduled to Oct 10, 07 at 4:30pm, in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
8/24/07

_____
ROBERT W. SWEET
United States District Judge