UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Justus Realty, LLC            : 07 Civ. 3615 (RWS)
        -v.-
                              :
KFC of America, Inc           :
----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/3/07

Please be advised that the conference scheduled for Oct 10, 07 has been rescheduled to Nov 14, 07 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       Oct 3, 07

_____
ROBERT W. SWEET
United States District Judge