UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
JUSTUS REALTY, LLC,                           :      07 CV 3615 (RWS)
                                              :
                        Plaintiff,            :
                                              :
        -against-                             :
                                              :
KFC OF AMERICA, INC., YUM! BRANDS, INC.       :      STIPULATION
(formerly known as TRICON GLOBAL              :
RESTAURANTS, INC.) and KFC U.S.               :
PROPERTIES, INC.,                             :
                                              :
                        Defendants.           :
---------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Siller Wilk LLP, 675 Third Avenue, New York, New York 10017, be and hereby is substituted in place and instead of Davidoff Malito & Hutcher LLP, 605 Third Avenue, New York, New York 10158, as attorneys for the defendants KFC of America, Inc., YUM! Brands, Inc., and KFC U.S. Properties, Inc. in this action and that this substitution be entered into effect without further notice.

Dated: New York, New York
       October 16, 2007

                                    SILLER WILK LLP

                                    By _____
                                       Stephen D. Hoffman (6089)
                                    Incoming Attorneys for Defendants
                                    675 Third Avenue
                                    New York, New York 10017

{00190051v1}

DAVIDOFF MALITO &HUTCHER LLP

By _____
Howard Druckman (4744)
Outgoing Attorneys for Defendants
605 Third Avenue
New York, New York 10158


KFC OF AMERICA, INC.

By _____


YUM BRANDS, INC.,

By _____


KFC U.S. PROPERTIES, INC,

By _____


SO ORDERED

Date:_____


_____
U.S.D.J.

{00190051v1}2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUSTUS REALTY, LLC,

                       Plaintiff,                    07 CV 3615 (RWS)

                       -against-

KFC OF AMERICA, INC., YUM! BRANDS, INC.      **AFFIDAVIT OF SERVICE**
(formerly known as TRICON GLOBAL
RESTAURANTS, INC.) and KFC U.S.
PROPERTIES, INC.,

                       Defendants.
------------------------------------------------------------x

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

       KATINA WINGATE, being duly sworn, deposes and says:

       1.     I am not a party to the action, am over 18 years of age and reside in Jamaica, New York.

       2.     On the 26th day of October, 2007, I served a true copy of the within Stipulation upon the following attorney in this proceeding by placing the within, enclosed in a post-paid wrapper, in a depository owned and exclusively controlled by the United States Postal Service, addressed to the following:

       Lawrence B. Goldberg, Esq.
       220 Fifth Avenue - 13th Floor
       New York, NY 10001

which is the address designated by said attorney for service.

_____
KATINA WINGATE

Sworn to before me this
26th day of October, 2007

_____
NOTARY PUBLIC

EILEEN M. SCHWAB
Notary Public, State of New York
No. 01SC4844107
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires October 31, 2009

{00191189v1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTUS REALTY, LLC,

                      Plaintiff,

-against-

KFC OF AMERICA, INC., YUM! BRANDS, INC. (formerly known as TRICON GLOBAL RESTAURANTS, INC.) and KFC U.S. PROPERTIES, INC.,

                      Defendants.

Index No. 07 CV 3615 (RWS)

# STIPULATION

**SILLER WILK LLP**
*Incoming Attorneys for Defendants*
675 Third Avenue
New York, New York 10017-5704
212-421-2233

{00191186v1}