UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- x

JUSTUS REALTY, LLC,

                Plaintiff,

      -against-

KFC OF AMERICA, INC., YUM! BRANDS, INC.
(formerly known as TRICON GLOBAL
RESTAURANTS, INC.) and KFC U.S.
PROPERTIES, INC.,

                Defendants.

---------------------------------------------------- x

Courtesy Copy
Original Filed by ECF
Assigned Docket # 8

07 CV 3615 (RWS)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Siller Wilk LLP, 675 Third Avenue, New York, New York 10017, be and hereby is substituted in place and instead of Davidoff Malito & Hutcher LLP, 605 Third Avenue, New York, New York 10158, as attorneys for the defendants KFC of America, Inc., YUM! Brands, Inc., and KFC U.S. Properties, Inc. in this action and that this substitution be entered into effect without further notice.

Dated: New York, New York
       October 16, 2007

                                        SILLER WILK LLP

                                        By /s/ Stephen D. Hoffman
                                           Stephen D. Hoffman (6089)
                                           Incoming Attorneys for Defendants
                                           675 Third Avenue
                                           New York, New York 10017

{00190051v1}

DAVIDOFF MALITO &HUTCHER LLP

By _____
Howard Druckman (4744)
Outgoing Attorneys for Defendants
605 Third Avenue
New York, New York 10158


KFC OF AMERICA, INC.

By _____


YUM BRANDS, INC.

By _____


KFC U.S. PROPERTIES, INC.

By _____


SO ORDERED

Date: 10-30-07

_____
U.S.D.J.

{00190051v1}2