RECEIVED
AUG 1 3 2008
JUDGE SWEET

SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
JUSTUS REALTY LLC,

             Plaintiff,

       Against

KFC OF AMERICA, INC., YUM! BRANDS, INC.
(formerly known as TRICON GLOBAL
RESTAURANTS, INC.) and KFC U.S.
PROPERTIES, INC.,

             Defendants.
----------------------------------x

07 cv 3615 (RWS)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all parties in this action, that this action be, and the same hereby is dismissed with prejudice and without costs to any party as against another.

Dated: New York, New York
       July 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/08

LAWRENCE B. GOLDBERG
By _____
Lawrence B. Goldberg (LG 5357)
Attorney for Plaintiff
220 Fifth Avenue, Thirteenth Floor
New York, New York 10001
(212) 252-8300

SILLER WILK LLP
By _____
Stephen D. Hoffman (SH 6089)
Attorneys for Defendants
675 Third Avenue
New York, New York 10017
(212) 421-2233

SO ORDERED
August 19 ~~July~~, 2008
_____
U.S.D.J.

– Part I

211310v1